# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JOY M. BULLARD  
4978 CHRISTY CIRCLE  
ROCKFORD, IL  61114  

SSN-xxx-xx-4993

Case Number: 07-70027

Case filed on: 1/5/2007  
Plan Confirmed on: 10/19/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $5,650.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 3,000.00 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 3,000.00 | 0.00 |
| 014 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ILLINOIS DEPARTMENT OF REVENUE | 5,937.89 | 5,937.89 | 159.78 | 0.00 |
| 002 | ILLINOIS DEPARTMENT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 36,219.23 | 36,219.23 | 974.60 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 42,157.12 | 42,157.12 | 1,134.38 | 0.00 |
| 999 | JOY M. BULLARD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 4,550.00 | 4,550.00 | 1,148.38 | 0.00 |
|  | Total Secured | 4,550.00 | 4,550.00 | 1,148.38 | 0.00 |
| 001 | ILLINOIS DEPARTMENT OF REVENUE | 1,242.34 | 1,242.34 | 0.00 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 63,949.14 | 63,949.14 | 0.00 | 0.00 |
| 009 | ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ALL CREDIT LENDERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ALLIED BUSINESS ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | FREEDOMCARD GOLD MASTERCARD | 270.82 | 270.82 | 0.00 | 0.00 |
| 013 | CAPITAL ONE | 825.56 | 825.56 | 0.00 | 0.00 |
| 015 | LVNV FUNDING LLC | 207.66 | 207.66 | 0.00 | 0.00 |
| 016 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | CHARMING SHOPPES | 1,200.43 | 1,200.43 | 0.00 | 0.00 |
| 018 | PREMIER BANKCARD/CHARTER | 591.98 | 591.98 | 0.00 | 0.00 |
| 019 | MCLEOD USA | 590.06 | 590.06 | 0.00 | 0.00 |
| 020 | ECAST SETTLEMENT CORPORATION | 116.79 | 116.79 | 0.00 | 0.00 |
| 021 | I.C. SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | NICOR GAS | 2,096.27 | 2,096.27 | 0.00 | 0.00 |
| 023 | ECAST SETTLEMENT CORPORATION | 350.44 | 350.44 | 0.00 | 0.00 |
| 024 | R&B RECEIVABLES MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | RESIDENT DATA COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | RETRIEVAL MASTERS CREDITORS BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | SCHLUETER, ECKLUND, ET AL | 593.00 | 593.00 | 0.00 | 0.00 |
| 028 | SMITH & GESTELAND | 936.00 | 936.00 | 0.00 | 0.00 |
| 029 | SPRINT NEXTEL CORP - DISTRIBUTIONS | 645.77 | 645.77 | 0.00 | 0.00 |
| 030 | SWEDISH AMERICAN HOSPITAL | 635.45 | 635.45 | 0.00 | 0.00 |
| 031 | SWEDISH AMERICAN ER PHYSICIANS | 187.62 | 187.62 | 0.00 | 0.00 |
| 032 | MUTUAL MANAGEMENT SERVICES | 144.00 | 144.00 | 0.00 | 0.00 |
| 033 | I.C. SYSTEM INC | 233.00 | 233.00 | 0.00 | 0.00 |
| 034 | TRIBUTE | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | ASPIRE VISA | 274.82 | 274.82 | 0.00 | 0.00 |
| 036 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 75,091.15 | 75,091.15 | 0.00 | 0.00 |
|  | Grand Total: | 124,798.27 | 124,798.27 | 5,282.76 | 0.00 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $5,282.76 |
| Trustee Allowance: | $367.24 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

                                                        /s/ Lydia S. Meyer
                                                        Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008          By  /s/Heather M. Fagan